## IN THE UNITED STATES DISTRICT
## COURT FOR THE SOUTHERN DISTRICT
## OF OHIO EASTERN DIVISION

**CAMERON KNOWLTON, individually
and on behalf of all others similarly situated,**

        **Plaintiffs,**

|  |  |
|---|---|
| **v.** | **Civil Action 2:22-cv-4045**<br>**Judge James L. Graham**<br>**Magistrate Judge Jolson** |

**U.S.A. SILO SERVICE, INC.,**

        **Defendant.**

### STIPULATION FOR DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Parties represent all individual claims are being dismissed *with prejudice* -- with the Court retaining jurisdiction to enforce the settlement agreement if needed. Plaintiffs asserted FLSA and Ohio's Wage Act claims, so the Parties submitted their agreement to the Court *in camera* on June 27, 2023. Based on the Court's *6.28.2023 Notation Order*, the Court approved the settlement as fair and reasonable.

The class and the collective claims are dismissed *without prejudice*, because neither has been adjudicated and the Parties cannot dictate the rights of third parties.

July 21, 2023

Respectfully submitted,

*/s/Barry Y. Freeman*
Barry Y. Freeman (0062040)
**ROETZEL & ANDRESS, LPA**
1375 E. 9th Street, 10th Floor
Cleveland, OH 44114
Telephone: (216) 615-4850
Facsimile: (216) 623-0134
Email: bfreeman@ralaw.com

*Trial Attorney for Defendant*

*/s/ Robert E. DeRose*
Robert E. DeRose (OH Bar No. 0055214)
Jacob A. Mikalov (OH Bar NO. 0102121)
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210
Columbus, OH 43219
Phone: (614) 221-4221
Facsimile: (614) 744-2300
bderose@barkanmeizlish.com
jmikalov@barkanmeizlish.com

*/s/ Adam L. Slone*

Adam L. Slone (OH Bar No. 0093440)
**Brian G. Miller Co., L.P.A.**
250 W. Old Wilson Bridge Rd., Suite 270
Worthington, OH 43085
Phone: (614) 221-4035
Facsimile: (614) 987-7841
als@bgmillerlaw.com

*Trial Attorneys for Plaintiff and Putative Class Members*

ORDERED this __2nd__ day of __August__, 2023.

 s/ James L. Graham
_____
JAMES L. GRAHAM
UNITED STATES DISTRICT JUDGE